**Exhibit A to the Complaint**

**Location:** Mount Laurel, NJ  
**Total Works Infringed:** 24  
**IP Address:** 73.178.55.252  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7AAF3AD22E7E31E52064E7A4BB79F7D5C1A271DB<br>File Hash: D57894C239BECED3BFD6118390560532D5D696EF56BBF9F8379852B72D8C9818 | 03-04-2022 19:08:59 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 2 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 03-04-2022 17:50:32 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 3 | Info Hash: 95660919DA043BF36F6392C09C80D94D2F1CB43D<br>File Hash: 4A54C614FE947EAB3532BA8F282B1C91456F68CCA152C9DE5E949413F4CDE226 | 03-04-2022 09:35:07 | Blacked Raw | 10-19-2018 | 11-25-2018 | PA0002136715 |
| 4 | Info Hash: 978DAB995093847C5BE3A19B9B64D305D063B756<br>File Hash: A968A4D1C691D1C8F088ADE0D25CB63298D6EC684EF9B1016049564E6682788B | 03-04-2022 06:05:53 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |
| 5 | Info Hash: 92D5BC7B567BCE82314A5D480DC48BD3645F29D9<br>File Hash: 57A71876B9677D9A3FFEF1396D8C4B9093C9AAB5CFAD32EB8F93E4BB471C85F2 | 03-04-2022 06:01:59 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 6 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 03-04-2022 05:45:56 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 7 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 03-04-2022 05:30:05 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 8 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash: 83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 02-11-2022 23:03:38 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 02-11-2022 01:10:25 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 10 | Info Hash: 1B5AC110154E286F856DDCBC4763BA5A9DA1A1D7<br>File Hash: 0305899FD2CB41D57479E433D434D15F3EA4B729B728E714FB8CB083D82CC83A | 02-10-2022 05:36:49 | Vixen | 05-19-2019 | 06-13-2019 | PA0002180953 |
| 11 | Info Hash: D6D23B2CE977EEB36DEA56CDC5E75DC35F366570<br>File Hash: DC52E6D34147E0E750C91D649DA30DB83DF04E8B3251EE10DC33D971F7F5B576 | 02-09-2022 04:12:51 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 12 | Info Hash: 91715251BBA1712249DAB7C6494CAA8725A810F1<br>File Hash: 9AD951E60F2F01CF94148BD5E3535BC08829AE4B53E5B9B802D6A9949CC883AF | 02-09-2022 04:11:57 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 13 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 02-09-2022 04:11:49 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 14 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 02-09-2022 04:07:49 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 15 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 02-09-2022 04:06:24 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 16 | Info Hash: CE82CC198C8C8E9C2B08EBCE6BF6E8654CB36F5D<br>File Hash: 761610DBACB2CEA13E7F3867B18EC05C49720502C12A5339948AE7F634895D77 | 02-03-2022 21:02:09 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 17 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 02-03-2022 07:14:05 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 02-03-2022 07:03:58 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 19 | Info Hash: 81CEC78AE99A723C68332182E337F15D1D260069<br>File Hash: 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 02-03-2022 05:02:53 | Vixen | 09-01-2019 | 09-17-2019 | PA0002216134 |
| 20 | Info Hash: 7B2F9B4680B39AA92B91BB424C28E023B00F7BC6<br>File Hash: E7DE2E10A76765C74A11D2C24885F54A7785798A6B19A29D5965CAA4568AC5D3 | 02-03-2022 04:35:19 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 21 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 02-02-2022 05:47:45 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 22 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 12-04-2021 08:08:01 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 23 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 12-04-2021 08:07:34 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 24 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12-04-2021 05:01:51 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |